In the Matter of ROBERT BOJAN, Petitioner, v. DEPARTMENT OF SOCIAL SERVICES OF THE COUNTY OF ERIE, Respondent.—

Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.